10 A.3d 226

IN THE MATTER OF ELIANE RUSSOTTI, AN ATTORNEY
AT LAW (ATTORNEY NO. 022641994).

January 20, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–118, concluding that **ELIANE RUSSOTTI** of **ENGLEWOOD,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 1.15(d) (recordkeeping violations), *RPC* 8.1(b) (failure to respond to a lawful demand for information from a disciplinary authority), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation of justice) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And **ELIANE RUSSOTTI** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **ELIANE RUSSOTTI** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.